UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WELCH,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | CIV F 03 6696 AWI SMS P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #32) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On April 28, 2005, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   June 9, 2005**                /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE