# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WELCH, | CASE NO. 1:03-CV-6696-AWI-SMS-P |
| Plaintiff, | ORDER GRANTING THIRTY DAY EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 35) |
| Defendants. | |

Plaintiff Curtis Welch ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2005, the undersigned issued a Findings and Recommendations recommending that this action be dismissed, without prejudice, based on plaintiff's failure to exhaust prior to filing suit. On July 1, 2005, plaintiff filed his third request for an extension of time to file an objection to the Findings and Recommendations. Defendant did not file a response.

Plaintiff requests a ninety day extension of time. Plaintiff's requests sets forth no grounds justifying such a lengthy extension of time. In this Circuit, exhaustion must occur *prior* to filing suit. McKinney v. Carey, 311 F.3d 1198, 1199-1201 (9th Cir. 2002). Plaintiff received a Director's Level decision addressing his inmate appeal *after* this suit was filed. Thus, the court is having some difficulty envisioning what good faith argument plaintiff might be intending to base an objection upon.

///

1

1    The court will grant plaintiff one final thirty day extension of time in the interest of leniency

2  given plaintiff's status as a prisoner proceeding pro se.  However, no further extensions of time will

3  be granted absent a showing of exceptional circumstances.  A bare assertion of the need for

4  additional time due to administrative segregation placement is not an exceptional circumstance.

5  Given that  the law governing the issue in the Findings and Recommendations is clear, any further

6  request for an extension of time must be accompanied by an explanation of why more time is needed

7  and what plaintiff plans to do with that time.  A bare assertion concerning the desire to conduct legal

8  research will not be sufficient.  Lewis v. Casey, 518 U.S. 343, 354 (1996) (state not required to

9  enable the inmate to litigate effectively once in court).  With the issuance of this order, plaintiff will

10  have had more than six months to file an objection.  Such a period of time is more than ample for

11  plaintiff to formulate his objection to the Findings and Recommendations.

12    Accordingly, plaintiff's request for an extension of time, filed July 1, 2005, is GRANTED

13  and plaintiff has **thirty (30) days** from the date of service of this order to file an objection to the

14  Findings and Recommendations issued on February 22, 2005.

15

16

17  IT IS SO ORDERED.

18  **Dated:    July 26, 2005**                                        **/s/ Sandra M. Snyder**
    i0d3h8                                           UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28