# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WELCH, | CASE NO. 1:03-CV-6696-AWI-SMS-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO EXHAUST PRIOR TO FILING SUIT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | (Docs. 22, 28, and 37) |

Plaintiff Curtis Welch ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining three extensions of time, on August 10, 2005, plaintiff filed a document entitled "Motion Not to Dismiss for Filing Suit Prior to Exhaustion All Remedies: Remedies Exhausted." The Court shall treat the filing as an objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

In his objection, plaintiff argues that the administrative remedies have now been exhausted and he should be allowed to proceed with his suit. (Doc. 37, Obj., p. 1.) In support of his objection, plaintiff submits evidence that exhaustion of his claim against defendant Kim occurred on December 15, 2003, when his inmate appeal was denied at the Director's Level of review. (Id., Exhibit B, p. 8.) Exhaustion must occur prior to filing suit. McKinney v. Carey, 311 F.3d 1198, 1199-1201 (9th Cir. 2002). Because plaintiff filed this action on November 26, 2003, prior to the issuance of the Director's Level decision, this action must be dismissed. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 22, 2005, is adopted in full;

2. Defendant's motion to dismiss, filed October 22, 2004, is GRANTED;

3. Plaintiff's motion to not dismiss, filed August 10, 2005, is DENIED; and

3. This action is dismissed, without prejudice, based on plaintiff's failure to exhaust the available administrative remedies prior to filing suit.

IT IS SO ORDERED.

**Dated:   August 26, 2005**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE